EDWARD C. BAUMERT, Respondent, v. A. PROAL McGRAW, if Living, and MARY McGRAW, His Wife or Widow, if Any, the Name " Mary " Being Fictitious, etc., and Others, Defendants, Impleaded with COGWILL LAND CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within ten days from service of order upon

payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.